HENRY BLAU, Appellant, v. THE CITY OF NEW YORK, Respondent.

*Blau* v. *City of New York*, 166 App. Div. 573, appeal dismissed.
(Submitted November 15, 1915; decided November 23, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 13, 1915, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover salary alleged to be due plaintiff's assignor.

The motion was made upon the ground of failure to file the required undertaking.

*Lamar Hardy, Corporation Counsel (J. H. Greener* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.